```
 1  GIBSON, DUNN & CRUTCHER LLP
    GARETH T. EVANS, SBN 138992
 2  ERIC R. MAIER, SBN 182808
    ANDREW Z. EDELSTEIN, SBN 218023
 3  333 South Grand Avenue
    Los Angeles, California 90071-3197
 4  Telephone: (213) 229-7000
    Facsimile: (213) 229-7520
 5  gevans@gibsondunn.com

 6  Attorneys for Defendants The Capital Group
    Companies, Capital Research & Management
 7  Company, James F. Rothenberg, Donald D.
    O'Neal, R. Michael Shanahan, Paul G. Haaga, Jr.,
 8  and James B. Lovelace
```

FILED
CLERK, U.S. DISTRICT COURT
FEB 22 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

LODGED
FEB 18 2005

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MINOR WALTER PANNELL, FRED SALMO AND GARY WHITELY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH C. BERENATO, ROBERT A. FOX, LEONARDE D. JONES, JOHN G. MCDONALD, GAIL L. NEALE, HENRY E. RIGGS, PATRICIA K. WOLF, JAMES F. ROTHENBERG, DONALD D. O'NEAL, LOUISE H. BRYSON, MARY ANNE DOLAN, MARTIN FENTON, LEONARD R. FULLER, CLAUDIO X. GONZALEZ, BAILEY MORRIS-ECK, RICHARD G. NEWMAN, OLIN C. ROBISON, WILLIAM J. SPENCER, R. MICHAEL SHANAHAN, PAUL G. HAAGA JR., JAMES B. LOVELACE, THE CAPITAL GROUP COMPANIES, CAPITAL RESEARCH & MANAGEMENT COMPANY, and JOHN DOES NO. 1 through 100,<br><br>Defendants. | CASE NO. CV 05 0188 AHM (VBKx)<br><br>[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT<br><br>[Stipulation Filed Concurrently] |

DOCKETED ON CM
FEB 23 2005
BY _____ 002

Gibson, Dunn &
Crutcher LLP

On February 18, 2005, the parties filed a Stipulation For 10-Day Extension Of Deadline For Defendants To Respond To Complaint (the "Stipulation").

Having considered the Stipulation, and for good cause shown, the deadline for each defendant to respond to the plaintiffs' complaint shall be extended to and include March 4, 2005.

IT IS SO ORDERED.

DATED: 2/22/2005

_____
Hon. A. Howard Matz
United States District Court Judge

Respectfully Submitted By:

GARETH T. EVANS
ERIC R. MAIER
ANDREW Z. EDELSTEIN
GIBSON, DUNN & CRUTCHER LLP

By: _____
      Eric R. Maier

Attorneys for Defendants
The Capital Group Companies,
Capital Research & Management Company,
James F. Rothenberg, Donald D. O'Neal,
R. Michael Shanahan, Paul G. Haaga, Jr.,
and James B. Lovelace

10847091_1.DOC

# CERTIFICATE OF SERVICE

I, Mary Anderson, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071, in said County and State; I am employed by Gibson, Dunn & Crutcher and am currently working with Eric R. Maier, a member of the bar of this Court, and at his direction, on **February 18, 2005**, I served the within:

**[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT**

by placing a true copy thereof in an envelope addressed to each of the persons named below at the address shown:

| | |
|---|---|
| Paul R. Kiesel, Esq. | Steven Kaufhold, Esq. |
| Kiesel, Boucher & Larson, LLP | Akin, Gump, Strauss, Hauer & Feld LLP |
| 8648 Wilshire Boulevard | Three Embarcadero Center, Suite 2800 |
| Beverly Hills, CA 90211 | San Francisco, CA 94111 |
| Telephone: (310) 854-4444 | Telephone: (415) 765-9500 |
| Facsimile: (310) 854-0812 | Facsimile: (415) 765-9501 |

[X] **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I deposited it with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

[ ] **BY FACSIMILE:** From facsimile machine telephone number (213) 229-7520, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

[ ] **BY UPS NEXT DAY AIR:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by United Parcel Service. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to United Parcel Service with a fully completed airbill, under which all delivery charges are paid by Gibson, Dunn & Crutcher, that same day in the ordinary course of business.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Certificate of Service was executed by me on **February 18, 2005**, at Los Angeles, California.

*/s/ Mary Anderson*
Mary Anderson

10841011_1.DOC