Paul R. Kiesel, Esq. (CBN 119854)
KIESEL, BOUCHER & LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90210-2911
Telephone: 310/854.4444
Facsimile: 310/854.0812

__✓__ Priority
__✓__ Send
_____ Clsd
_____ Enter
__✓__ JS-5/JS-6
_____ JS-2/JS-3

FILED
CLERK, U.S DISTRICT COURT

FEB 25 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MINOR WALTER PANNELL, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>JOSEPH C. BERENATO, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>CV-05-0188 AHM(VBKx)<br><br>**NOTICE OF DISMISSAL PURSUANT**<br>**RULE 41(a) or (c) F.R.Civ.P.** |

PLEASE TAKE NOTICE: (*Check one*)

☒  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is
   dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is
   dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is
   dismissed by the Claimant(s) in its entirety.

☐  **ONLY** Defendant(s) _____

   _____
   is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
   brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

DOCKETED ON CM

FEB 25 2005

BY _____ 002

_____2/24/2005_____
Date

_____
Signature of Attorney/Party

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for*
*summary judgment, whichever first occurs.*

   *F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive*
   *pleading or prior to the beginning of trial.*